**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6418

GEORGE RICHARD DOWLER,

                              Plaintiff - Appellant,

        versus

MARY ANN SAAR; THE DEPARTMENT OF PUBLIC SAFETY
& CORRECTIONAL SERVICES; JOHN H. PRICE,
Warden,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (CA-04-
1591-RWT)

Submitted:  July 27, 2005            Decided:  August 4, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Richard Dowler, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Richard Dowler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dowler v. Saar, No. CA-04-1591-RWT (D. Md. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED